Fred B. Tidd and A. R. Tidd, Trading as Fred B. Tidd Typesetting Company, Appellants, v. La Salle Industrial Finance Corporation, Appellee.

Gen. No. 43,048.

Heard in the second division, first district, this court at the April term, 1944; opinion filed May 29, 1945; rehearing denied June 12, 1945; released for publication June 14, 1945. Alfred M. Loeser and Harry D. Connor, for appellants; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Isaac E. Ferguson, Frank C. Bernard and William V. Brooks, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.